**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| In re *Ex Parte* Application of RAIFFEISEN KAPITALANLAGE-GESELLSCHAFT MBH; NLB SKLADI, UPRAVLJANJE PREMOŽENJA, D.O.O.; CAPFI DELEN ASSET MANAGEMENT NV; STICHTING PENSIOENFONDS CAMPINA; and AUSTRALIAN ETHICAL INVESTMENT LTD for an order pursuant to 28 U.S.C. § 1782 | Misc. Action No.: 1:26-mc-00232-ADA<br><br>**Order** |

This matter comes before the Court on the *ex parte* application of Applicants Raiffeisen Kapitalanlage-Gesellschaft mbH; NLB Skladi, upravljanje premoženja, d.o.o.; Capfi Delen Asset Management N.V.; Stichting Pensioenfonds Campina; and Australian Ethical Investment Ltd. (the "Applicants") for an order pursuant to 28 U.S.C. § 1782 granting leave to obtain discovery for use in a foreign proceeding ("the Application"), which seeks deposition testimony and documents from Dr. Hisham Elzayat ("Elzayat") in connection with foreign proceedings to be imminently filed by the Applicants in the District Court of Amsterdam in the Netherlands against third-party Koninklijke Philips N.V.

The Court, having fully considered the papers on file and submitted herewith, and good cause appearing:

**HEREBY GRANTS** the Application.

**IT IS HEREBY ORDERED THAT:**

1. The Applicants are authorized pursuant to 28 U.S.C. § 1782 to take discovery from Elzayat for use in foreign proceedings, relating to the issues identified in their Application, including issuing subpoenas for deposition testimony and production of documents in the

form attached as Exhibits F and G (with Schedules A) to the Lee Declaration submitted in support of the Application;

2. Elzayat is directed to comply or respond to such subpoenas in accordance with the Federal Rules of Civil Procedure and the Rules of this Court; and
3. Counsel for the Applicants is appointed to issue, sign and serve such subpoenas upon Elzayat.

**Signed 03/31/2026.**

**So Ordered**

**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**